# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**ALEX T. JARRELL**, an individual,

    Plaintiff,

v.

**CATTLE BARON RESTAURANTS, INC.;**
**MELANIE STEELE**, Chief Executive Officer
of Cattle Baron Restaurants, Inc.; Baron;
**CLAYTON WILSON**, President of Cattle
Baron Restaurants, Inc; **JOHN DOES I-X;**
**JANE DOES I-X; BLACK AND WHITE**
**ENTITIES I-X,**

    Defendants.

Case No. 2:23-cv-586-KRS-JHR

## ORDER TO EXTEND TIME

**THIS MATTER** is before the Court on *Plaintiff's Motion To Extend Time to Serve Defendants Clayton Wilson and Melanie Steele by Means of Alternative Service*. Having considered the *Motion for Extension of Time and Alternative Means of Service*, the Court finds cause for **granting the *Motion***.

**IT IS THEREFORE ORDERED** that Plaintiff may use alternative means pursuant to Rule 1-004(K) NMRA, and the deadline to serve Defendants Clayton Wilson and Melanie Steele, currently December 11, 2023, be extended through Friday, February 9, 2024.

**IT IS SO ORDERED.**

                                                    JERRY H. RITTER
                                                  United States District Judge