

# LOCALiQ
## FLORIDA

PO Box 631244 Cincinnati, OH 45263-1244

**PROOF OF PUBLICATION**

Joseph M Zebas
PO Box 1675
Hobbs NM 88241

STATE OF WISCONSIN, COUNTY OF BROWN

Before the undersigned authority personally appeared, who on oath says that he or she is the Legal Coordinator of the St Augustine Record, published in St Johns County, Florida; that the attached copy of advertisement, being a Summons, was published on the publicly accessible website of St Johns County, Florida, or in a newspaper by print in the issues of, on:

12/26/2023, 01/02/2024, 01/09/2024

Affiant further says that the website or newspaper complies with all legal requirements for publication in chapter 50, Florida Statutes.

Subscribed and sworn to before me, by the legal clerk, who is personally known to me, on 01/09/2024

_____
Legal Clerk

_____
Notary, State of WI, County of Brown

1-7-25
_____
My commision expires

| | |
|---|---|
| Publication Cost: | $142.80 |
| Order No: | 9657918 |
| Customer No: | 1265375 |
| PO #: | LSAR0044819 |

# of Copies: 0

## THIS IS NOT AN INVOICE!

*Please do not use this form for payment remittance.*

KATHLEEN ALLEN
Notary Public
State of Wisconsin

# NOTICE OF SERVICE BY PUBLICATION

NOTICE OF SERVICE OF PROCESS BY PUBLICATION STATE OF NEW MEXICO, IN UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO, Alex T. Jarrell, Plaintiff vs. Cattle Baron Restaurants, Inc., Melanie Steele, and Clayton Wilson, Defendants. CASE NO.: 2:23-cv-586-KRS-JHR, TO: Defendant, Melanie Steele, last known address, 1418 N Loop Pkwy., Saint Augustine, FL 32095. TAKE NOTICE that a COMPLAINT seeking relief against you has been filed in the above-entitled action. The nature of the relief being sought is a Complaint for Damages. You are required to make a response to such petition not later than thirty (30) days from the last date of this publication, and upon your failure to do so the party seeking service against you will apply to the Court for the relief sought. You may obtain a copy of this Summons and Complaint by contacting the ZEBAS LAW FIRM at (575) 393-1024.

ZEBAS LAW FIRM, LLC, JOSEPH ZEBAS, ESQ. for Plaintiff, PO Box 1675, HOBBS, NM 88241-1675
December 26, January 2, 9 2024
LSAR0044819