```
AFFIDAVIT OF PUBLICATION
STATE OF NEW MEXICO

I, Merle Alexander
   Legals Clerk

Of the Roswell Daily Record, a daily
newspaper published at Roswell, New
Mexico do solemnly swear that the
clipping hereto attached was published
in the regular and entire issue of said
paper and not in a supplement thereof
for a period of:

Three times with the issue dated
December 27th, 2024

and ending with the issue dated
January 10th, 2024
```

_____
Clerk

```
Sworn and subscribed to before me
this 25th day of January, 2024
```

_____
Notary Public

