# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ALEX T. JARRELL,

    Plaintiff,

v.                                        Civil Case No.: 2:23-cv-586-MLG-JHR

CATTLE BARON RESTAURANTS, INC.; MELANIE STEELE, *CEO of Cattle Baron Restaurants, Inc.*; LAYTON WILSON, *President of Cattle Baron Restaurants*; JOHN DOES I-X; JANE DOES I-X; BLACK AND WHITE ENTITITES I-X,

    Defendants.

## ORDER

    Defendant Cattle Baron Restaurants, Inc. ("Cattle Baron"), filed its Motion to Dismiss ("Motion") asking the Court to dismiss Plaintiff Alex Jarrell's claims pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6). Doc. 6. Following the motion hearing on March 13, 2024, Doc. 31, Jarrell amended his complaint, Doc. 39, and Cattle Baron, joined by specially appearing individual Defendants Melanie Steele and Clayton Wilson, filed the second motion to dismiss wherein they reassert their claim that this matter should be dismissed. Doc. 41 at 2. That second motion to dismiss remains pending.

    Following review of the parties' submissions and the applicable law, it is hereby ordered that the Defendants' original Motion is denied as moot, Doc. 6. *See, e.g.*, *Edwards v. Hanuman Corp.*, No. 1:21-CV-01180, 2022 WL 1156639, at *1 (D.N.M. Apr. 19, 2022) (denying motion to dismiss after amended complaint superseded original); *Sentry Ins. A Mut. Co. v. Pichardo*, No. 1:20-CV-00497, 2021 WL 4034092, at *5 (D.N.M. Sept. 3, 2021).

1

The Court will consider the second motion to dismiss at a future date. Doc. 41. It is so ordered.

_____
UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA