**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO**
**MINUTE SHEET**
**BEFORE THE HONORABLE MATTHEW L. GARCIA**

## Rule 16 Scheduling Conference

| | | | |
|---|---|---|---|
| *CV No:* | 23-586 MLG-JHR | *Date:* | February 21, 2025 |
| *Caption:* | Jarrell v. Cattle Baron Restaurants | | |

| | | | | | |
|---|---|---|---|---|---|
| *Clerk:* | E. Romero | *Court Recording:* | Liberty | *Courtroom:* | Cimarron |
| *Time In:* | 2:55 | *Time Out:* | 3:20 | *Total Time:* | 25 minutes |
| *Court's Ruling/Disposition:* | | Court will enter a Scheduling Order | | | |

| *Attorney(s) Present for Plaintiff(s):* | *Attorney(s) Present for Defendant(s):* |
|---|---|
| Joseph Zebas | Linn Gillen |

### PROCEEDINGS

2:55 Court in session; parties state appearances.

Court addresses parties re: JSR.

Mr. Zebas responds to Court's questions.

Ms. Gillen responds.

Court provides deadlines on a 180-day track.

Motions in Limine will be due at the end of January. Responses will be due two-weeks later, no replies necessary.

Court will enter scheduling order.

Mr. Zebas responds to Court's question re: settlement.

Mr. Zebas addresses Court re: employee file.

Ms. Gillen responds and outlines other issues.

Employee file will be provided.

Mr. Zebas responds.

Court responds.

Ms. Gillen addresses Court re: settlement conference.

Court will ask Judge Ritter to schedule a settlement conference.

Ms. Gillen addresses Court re: attorneys as witness.

3:20 Court is adjourned.